## Atlantic City

*v.*

## Young & McShea Amusement Company.

All the points raised by the defendant in this case were considered in the case of *Atlantic City* v. *Atlantic City Steel Pier Company,* both cases being tried together by consent.

I will advise a decree for the complainant.